| | |
|---|---|
| **SABRINA P. SHROFF**<br>ATTORNEY AT LAW | 233 BROADWAY<br>NEW YORK, NEW YORK 10007<br>TEL: (646) 763-1490 |

June 10, 2020

**BY ECF**

Honorable Magistrate Judge Steven M. Gold
United States District Magistrate Judge for the
 Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York, 11201

Re: <u>United States v. Colinford Mattis</u>, 20 mj 00403 (SMG)

Your Honor:

      A preliminary hearing for Colinford Mattis is scheduled for June 12, 2020. As counsel for Mr. Mattis, and having discussed the matter with him, I write to withdraw his request for a preliminary hearing.

      I thank the Court for its time and consideration.

      Respectfully submitted,

      /s/Sabrina P. Shroff
      Attorney for Colinford Mattis

cc:    All counsel (by ECF) & pretrial by email